**Dismiss and Opinion Filed July 8, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-14-00409-CV

_____

**RASHEENA UTUEDOR, Appellant**
**V.**
**CHARLES LEAKE PE LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-01299-B**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Brown
Opinion by Justice Myers

Both the filing fee and the clerk's record in this case are overdue. By postcard dated April 3, 2014, we notified appellant the $195 filing fee was due. We directed appellant to remit the fee within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. By letter dated May 21, 2014, we informed appellant that we had been notified by the Dallas County Clerk that the clerk's record in this case had been prepared but had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide the Court with written verification that she had paid for or made arrangements to pay for the clerk's record or that she had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that if we did not receive the required verification, we might dismiss the appeal without further notice. To

date, appellant has not paid the filing fee, provided the required verification, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Lana Myers/

LANA MYERS
JUSTICE

140409F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RASHEENA UTUEDOR, Appellant

No. 05-14-00409-CV        V.

CHARLES LEAKE PE LLC, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-14-01299-B.
Opinion delivered by Justice Myers.
Justices Lang and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee CHARLES LEAKE PE LLC recover its costs of this appeal from appellant RASHEENA UTUEDOR.

Judgment entered this 8th day of July, 2014.